UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| ANTOINE LEE BOYLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:24 CV 06 CDP |
| | ) | |
| MISSOURI DEPARTMENT OF CORRECTIONS, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

Self-represented plaintiff Antoine Lee Boyle brings this prisoner civil rights action pursuant to 42 U.S.C. § 1983 alleging that in January and February 2023, defendants Ethan Freeman, Caitlin Douglas, and Claryssa Martin – all of whom were correctional officers at Southeast Correctional Center (SECC) – failed to protect him from an inmate assault and failed to provide him with medical care for injuries sustained from the assault itself and from pepper spray that Freeman deployed during the assault.[1]  Boyle has now filed a motion for injunction seeking to stop "abuse and harassment," contending that defendant Douglas filed a trumped-up disciplinary charge against him in May 2024 in retaliation for his bringing grievances and lawsuits.  Because the claim raised in Boyle's motion does

---

[1] Boyle's claims against Freeman were dismissed without prejudice under Fed. R. Civ. P. 4(m) for Boyle's failure to timely effect service of process on him.

not involve the conduct alleged in his original complaint, I will deny the motion for preliminary injunction. *See Devose v. Herrington*, 42 F.3d 470 (8th Cir. 1994) (per curiam). I will instruct the Clerk of Court, however, to provide Boyd with a blank Court form by which he can bring a new prisoner civil rights action on the allegations made in his motion for injunction.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff Antoine Lee Boyle's Motion for Injunction to Stop Abuse and Harassment [33] is **DENIED.**

**IT IS FURTHER ORDERED** that the Clerk of Court shall provide plaintiff a blank copy of the Court's prisoner civil rights complaint form for purposes of filing a new action on the claim raised in his motion for injunction. The Clerk shall also provide plaintiff a copy of the Court's form for filing a motion to proceed in forma pauperis.

CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 17th day of December, 2024.