UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| ANTOINE LEE BOYLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:24 CV 06 CDP |
| | ) | |
| MISSOURI DEPARTMENT OF | ) | |
| CORRECTIONS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

The Missouri Attorney General's Office has informed the Court that it will not waive service of process upon defendant Ethan Freeman on the claims raised against him in this case by self-represented plaintiff Antoine Lee Boyle.  Pursuant to its service agreement with the Court, the Missouri Attorney General's Office has provided Freeman's last known address (ECF 59, sealed) so that service may be attempted on him by summons under Federal Rule of Civil Procedure 4.

Because plaintiff Boyle is proceeding in forma pauperis, I will direct the Clerk of Court to effect service of process upon defendant Freeman with service of summons to be made by a United States marshal or deputy marshal, using the address for Freeman provided by the Missouri Attorney General in ECF 59.  *See* 28 U.S.C. § 1915(d); Fed. R. Civ. P. 4(c)(3).  A copy of the summons and return of summons shall be filed under seal.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court shall effect service of

process upon defendant Ethan Freeman with such service to be made by a United

States marshal or deputy marshal and effected at the address provided in ECF 59.

**IT IS FURTHER ORDERED** that, in the present circumstances of this

case, the summons shall be served with a copy of the original complaint (ECF 1); a

copy of the Memorandum and Order entered May 14, 2024 (ECF 6); a copy of

plaintiff's third motion to amend complaint (ECF 49); and a copy of the

Memorandum and Order entered May 7, 2025 (ECF 50).

**IT IS FURTHER ORDERED** that a copy of the summons and the return of

summons shall be filed under seal.


_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE


Dated this 24th day of July, 2025.